UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDJELA STEFANOVIC, UROS DUKIC,  :
and BOJANA NOVAKOVIC,            :
                                 :
           Plaintiffs,           :
                                 :
   -against-                     :           **ORDER**
                                 :           18 CV 2093 (LTS) (KNF)
OLD HEIDELBERG CORP. d/b/a HEIDELBERG :
RESTAURANT and EVA MATISCHAK,    :
                                 :
           Defendants.           :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic status conference was held with the parties on June 4, 2020. As a result of the discussion had during the conference, the time for the parties to complete their pretrial discovery activities is enlarged to September 30, 2020.

Dated: New York, New York
         June 4, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE