UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, and DANIJEL MIRKOV,

                Plaintiffs,

       -against-                               **18 Civ. 2093 (LTS) (KNF)**

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT and EVA MATISCHAK,

                Defendants.
------------------------------------------------------------------ X

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, counsel for the Parties in this Action having met and conferred on January 22, 2021 regarding Plaintiffs' opposition and cross-motion for partial summary judgment in response to Defendants' motion for partial summary judgment (ECF No. 50) and Plaintiffs' anticipated motion for partial summary judgment on their wage notice and spread-of-hours claims; and

**WHEREAS**, the Parties having agreed that the interests of efficiency and judicial economy will be served by the consolidation for filing purposes of Plaintiffs' opposition, cross-motion, and motion for partial summary judgment, and Defendants' reply and opposition thereto;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** the undersigned counsel for the Parties, and respectfully submitted for the Court's consideration and approval, that:

1.    Plaintiffs shall have up to and including **February 5, 2021** to file their opposition and cross-motion in response to Defendants' motion for partial summary judgment, and their motion for partial summary judgment (in a consolidated filing); and

2. Defendants' shall have up to and including **March 8, 2021** to file their reply and opposition to Plaintiffs' motion for partial summary judgment (in a consolidated filing); and

3. Plaintiffs shall have up to and including **March 22, 2021** to file their reply.

Dated: January 23, 2021

| | |
|---|---|
| */s/ Galen C. Baynes* <br> Louis Pechman <br> Galen C. Baynes <br> Pechman Law Group PLLC <br> 488 Madison Avenue, 17th Floor <br> New York, New York 10022 <br> *Attorneys for Plaintiffs* | */s/ William J. Whewell* <br> William J. Whewell, Esq. <br> Rosenberg, Whewell & Hite LLC <br> 2051 Main Street <br> Stratford, CT 06615 <br> *Attorneys for Defendants* |

**SO ORDERED.**

_____