UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,
                Plaintiff(s),            No. 18 CV 2093-LTS-KNF

     -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for April 9, 2021, is rescheduled to **July 23, 2021, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         April 6, 2021

                                           /s/  Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge