UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,

                Plaintiff(s),           No. 18 CV 2093-LTS-KNF

    -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for July 23, 2021, is rescheduled to **October 8, 2021, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       July 9, 2021

                                          /s/  Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge