UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,
                   Plaintiff(s),                   No. 18 CV 2093-LTS-KNF

    -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                 Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion(s), the final pretrial conference scheduled for October 8, 2021, is rescheduled to **January 28, 2022, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         September 24, 2021

                                           /s/  Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge