UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,
                Plaintiff(s),                No. 18 CV 2093-LTS-KNF

    -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion(s), the final pretrial conference scheduled for January 28, 2022, is rescheduled to **April 29, 2022, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         January 18, 2022

                                                        /s/  Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge