UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,
                        Plaintiff(s),                       No. 18 CV 2093-LTS-KNF

      -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                       Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for April 29, 2022, is rescheduled to **July 29, 2022, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
          April 18, 2022

                                                               /s/  Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge