UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV,
                       Plaintiff(s),                     No. 18 CV 2093-LTS-KNF

       -against-

OLD HEIDELBERG CORP. d/b/a HEIDELBERG
RESTAURANT, EVA MATISCHAK
                       Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion(s), the final pretrial conference scheduled for July 29, 2022, is rescheduled to **October 7, 2022, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         July 19, 2022

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge