UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ANDJELA STEFANOVIC, UROS DUKIC,
BOJANA NOVAKOVIC, DANIJEL MIRKOV

No. 18-CV-02093-LTS-JW

                     Plaintiffs,

       -against-

ORDER REGARDING PROPOSED
SETTLEMENT

OLD HEIDELBERG CORP. D/B/A
HEIDELBERG RESTAURANT, EVA
MATISCHAK,

                    Defendants.
--------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable, insofar as it addresses claims asserted under the Fair Labor Standards Act, by **December 5, 2022**.  The approval request must be supported by a declaration and any other evidence necessary to support the requested determination.  See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

        SO ORDERED.

Dated: New York, New York
       November 14, 2022

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   United States District Judge