UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDJELA STEFANOVIC, UROS DUKIC,                :
BOJANA NOVAKOVIC, and DANIJEL MIRKOV,          :
                                               :          **No. 18 Civ. 2093 (LTS) (JW)**
                           Plaintiffs,         :
                                               :
        -against-                              :
                                               :
OLD HEIDELBERG CORP. d/b/a HEIDELBERG          :
RESTAURANT and EVA MATISCHAK,                  :          **JUDGMENT**
                                               :
                           Defendants.         :
------------------------------------------------------------------------X

     **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having

been filed by Plaintiffs Andjela Stefanovic, Uros Dukic, Bojana Novakovic, and Danijel Mirkov

("Plaintiffs") on December 5, 2022; it is

     **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and

against Defendants Old Heidelberg Corp. d/b/a Heidelberg Restaurant and Eva Matischak, jointly

and severally, in the amount of $170,000.00, inclusive of attorneys' fees and costs, in full and final

resolution of all of Plaintiffs' claims in this action.   The Clerk of Court is requested to close this case.

Dated:  New York, New York
        _____December 8_, 2022


                                        **SO ORDERED:**

                                        _____
                                        Hon. Laura Taylor Swain
                                        Chief United States District Judge